

# United States District Court
# Eastern District of California

| | |
|---|---|
| VERTERRA, LTD ET AL. | Case Number: 2:23-cv-00290-KJN |
| Plaintiff(s) | |
| V. | |
| LEAFWARE LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew A. Braunel hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Leafware LLC

On 09/19/2001 (date), I was admitted to practice and presently in good standing in the Supreme Court of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/01/2023        Signature of Applicant: /s/ Matthew A. Braunel

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Matthew A. Braunel |
| Law Firm Name: | Thompson Coburn LLP |
| Address: | One US Bank Plaza |
| City: | St. Louis, MO    State: MO    Zip: 63101 |
| Phone Number w/Area Code: | (314) 552-6106 |
| City and State of Residence: | St. Louis, MO |
| Primary E-mail Address: | mbraunel@thompsoncoburn.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeffrey N. Brown |
| Law Firm Name: | Thompson Coburn LLP |
| Address: | 10100 Santa Monica Blvd. |
| | Suite 500 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 282-2500    Bar #: 105520 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 03/08/23

*Kendall J. Newman*

Magistrate JUDGE, U.S. DISTRICT COURT