1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VERTERRA, LTD, ET AL.,                      2:23-cv-0290-KJN

12              Plaintiff,                        <u>ORDER</u>

13       v.

14   LEAFWARE, LLC.

15              Defendant.

16

17

18          On February 16, 2023, plaintiffs filed this patent infringement case against defendant

19   Leafware, LLC. (ECF No. 1.)  Defendant has been served and filed its answer.  (ECF Nos. 5, 17.)

20          Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their

21   decision whether to consent or decline to magistrate judge jurisdiction for all purposes in this case

22   by filing their Consent/Decline form (ECF No. 4-1) within ninety days of the date the action was

23   filed, in this case by May 17, 2023.  (ECF No. 4 at 2, para. 2.)  A review of the docket indicates

24   that no Consent/Decline forms have yet been submitted.  There is no obligation to consent, and no

25   judge will be notified of a party's decision unless all parties have consented.  <u>See</u> Fed. R. Civ. P.

26   73(b)(1).  However, for proper case administration, each party must inform the Clerk of Court

27   whether it consents to magistrate judge jurisdiction for all purposes.  Therefore, the court

28   ORDERS that all parties file their Consent/Decline forms within seven days.

                                                    1

1    Additionally, the Initial Scheduling Order required parties to file a joint status report

2    within thirty days of filing an answer addressing the subjects listed in Local Rule 240(a) to assist

3    the court in setting a scheduling order for the case.  (See ECF No. 4, para. 3.)  However, that

4    deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under

5    28 U.S.C. § 636(c).  In the event that not all parties consent, this case would be randomly

6    reassigned to a district judge as presiding judge, and that district judge would direct the case's

7    scheduling.  (See ECF No. 4, para. 3.)

8                                      **ORDER**

9    Accordingly, IT IS HEREBY ORDERED that all parties file their Consent/Decline forms

10   within seven days.

11   Dated:  March 22, 2023

12

13                                                   _____
                                                     KENDALL J. NEWMAN
         kara.1677.                                  UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2