

United States District Court
Eastern District of California

| VERTERRA, LTD. and MICHAEL DWORK | | Case Number: | 2:23-cv-00290-KJN |

Plaintiff(s)

V.

| LEAFWARE LLC |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Joshua Alan Hartman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
VERTERRA, LTD. and MICHAEL DWORK

On ___12/06/2020___ (date), I was admitted to practice and presently in good standing in the
___District of Columbia Court of Appeals___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ___10/24/2023___                    Signature of Applicant: /s/ ___Joshua A. Hartman___

**Pro Hac Vice Attorney**

Applicant's Name: Joshua Alan Hartman

Law Firm Name: Merchant & Gould PC

Address: 1900 Duke Street

Suite 600

City: Alexandria     State: VA     Zip: 22314

Phone Number w/Area Code: (703) 518-4504

City and State of Residence: Alexandria, Virginia

Primary E-mail Address: jhartman@merchantgould.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James Beard

Law Firm Name: Merchant & Gould

Address: 8383 Wilshire Blvd., Suite 935

City: Beverly Hills     State: CA     Zip: 90211

Phone Number w/Area Code: (612) 332-5300     Bar # 267242

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 24, 2023

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT