IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VERTERRA, LTD. and<br>MICHAEL DWORK, an Individual<br><br>        Plaintiffs and<br>        Counter-Defendants,<br>  v.<br><br>LEAFWARE LLC,<br>        Defendant and<br>        Counter-Plaintiff. | Civil Action No.: 2:23-cv-0290 DAD-CSK<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR REMOTE APPEARANCE AT HEARING FOR MOTION TO COMPEL<br>(ECF No. 58) |

Pending before the Court is a request to appear telephonically filed by Plaintiffs Verterra, Ltd. and Michael Dwork, at the hearing on their motion to compel, set for June 4, 2024, at 10:00 a.m., before the undersigned in Courtroom 25 of the Robert T. Matsui United States Courthouse in Sacramento, California.

Good cause appearing therefor based on counsel's declaration, Plaintiffs' request is granted. The June 4, 2024 hearing on Plaintiff's Motion to Compel will be held by video conference for all parties.

IT IS SO ORDERED.

Dated: May 29, 2024

                                        Hon. Chi Soo Kim
                                        UNITED STATES MAGISTRATE JUDGE

4, vert0290.23